IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EARLENE HARRIS**                                                                                      **PLAINTIFF**

v.                             Case No. 2:13-cv-00152 KGB/JTR

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                             **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 15).  No objections have been filed, and the time for filing objections has passed.  After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's decision in all respects.  Judgment will be entered accordingly.

It is therefore ordered that Earlene Harris's request for relief is denied, the Commissioner's decision is affirmed, and this case is dismissed with prejudice.

SO ORDERED this 22nd day of September, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE