**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**EARLENE HARRIS**                                                     **PLAINTIFF**

**v.**                  **Case No. 2:13-cv-00152 KGB/JTR**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                             **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered in favor of defendant. It is considered, ordered, and adjudged that this case is dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this 22nd day of September, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE